UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN WISE a/k/a/ SUSAN WEISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV1622 AGF |
| ) | |
| WHEATON VAN LINES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT OF DISMISSAL

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's complaint is dismissed without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of November, 2009.